In the Matter of SAMUEL N. EDMONSON, Appellant, v THOMAS A. COUGHLIN, III, as Commissioner of the New York

State Department of Correctional Services, et al., Respondents. [621 NYS2d 992] —Motion for permission to proceed as poor person denied. Memorandum: Petitioner has failed to serve the Erie County Attorney as required by the order of this Court entered October 3, 1994 and CPLR 1101 (c). Present— Pine, J. P., Balio, Lawton, Davis and Boehm, JJ.